
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
        §
MARIA BUSTAMANTE  §  Case No. 12-23650
        §
        §
    Debtor(s)  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gregg Szilagyi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          219 S. Dearborn Street
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 11/07/2013 in Courtroom 680,
          United States Courthouse
          219 S DEARBORN ST, CHGO, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/04/2013          By: Gregg Szilagyi
                                                        Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
MARIA BUSTAMANTE § Case No. 12-23650
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 17,500.00 |
| and approved disbursements of | $ 20.21 |
| leaving a balance on hand of[1] | $ 17,479.79 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Gregg Szilagyi | $ 2,279.47 | $ 0.00 | $ 2,279.47 |
| Attorney for Trustee Fees: SHAW FISHMAN | $ 6,930.00 | $ 0.00 | $ 6,930.00 |
| Attorney for Trustee Expenses: SHAW FISHMAN | $ 25.48 | $ 0.00 | $ 25.48 |
| Total to be paid for chapter 7 administrative expenses | | $ | 9,234.95 |
| Remaining Balance | | $ | 8,244.84 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,026.60 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | $ 139.62 | $ 0.00 | $ 139.62 |
| 2 | Quantum3 Group LLC as agent for | $ 1,025.96 | $ 0.00 | $ 1,025.96 |
| 3 | PYOD, LLC its successors and assigns as assignee | $ 980.94 | $ 0.00 | $ 980.94 |
| 4 | Capital One Bank (USA), N.A. | $ 298.01 | $ 0.00 | $ 298.01 |
| 5 | Capital Recovery V, LLC | $ 357.81 | $ 0.00 | $ 357.81 |
| 6 | Capital Recovery V, LLC | $ 951.27 | $ 0.00 | $ 951.27 |
| 7 | Portfolio Recovery Associates, LLC | $ 2,272.99 | $ 0.00 | $ 2,272.99 |
| | Total to be paid to timely general unsecured creditors | | $ | 6,026.60 |
| | Remaining Balance | | $ | 2,218.24 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 12.94 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 2,205.30 .

Prepared By: Gregg Szilagyi
Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                          Case No. 12-23650-JPC
Maria Bustamante                                                Chapter 7
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: nmolina                Page 1 of 2          Date Rcvd: Oct 09, 2013
                              Form ID: pdf006              Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2013.
db           +Maria Bustamante,    24 Shoenbeck Road,    Wheeling, IL 60090-4448
aty          +Shaw Fishman,    Shaw Fishman Glantz & Towbin LLC,    321 N. Clark St.,,   Suite 800,
               Chicago, IL 60654-4766
19022042     +Cap One,    11013 W Broad Street,    Glen Ellyn, VA 23060-6017
20180383      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC 28272-1083
19022043     +GM Financial,    PO Box 183834,    Arlingtom, TX 76096-3834
19022044     +HSBC / Carsn,    1441 Shilling Pl,    Salinas, CA 93901-4527
19022045     +HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
19022046     +HSBC Bank,    PO Box 5253,    Carol Strem, IL 60197-5253
19022047     +HSBC/ Carson,    1441 Schilling Place,    Salinas, CA 93901-4527
19022048     +Kohls,    PO Box 5253,    Carol Stream, IL 60197-5253
19022050     +NationStar,    PO Box 650783,    Dallas, TX 75265-0783
19022051     +Nissan Motor Corporation,    PO Box 660366,    Dallas, TX 75266-0366
20506447    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,
                successor to CAPITAL ONE, NATIONAL,    ASSOCIATION HSBC Bank Nevada NA,    PO Box 41067,
                Norfolk, VA 23541)
19022053     +Pierce & Associates,    1 N Dearborn #1300,    Chicago, IL 60602-4373
19022056      THD / CBNA,    PO Box 6003,    Hagertown, MD 21747
19022057      THD/CBNA,    PO Box 6003,    Hagerstown, MD 21747
19022058     +The Roomplace,    4590 E Broad St,    Columbus OH 43213-1301
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20064798      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 10 2013 01:32:23
               American InfoSource LP as agent for,    RJM Acquisitions, LLC,
               as assignee of RITMO Y PASION MUSIC CLUB,    PO Box 268850,   Oklahoma City, OK   73126-8850
19022039     +E-mail/Text: RBALTAZAR@ARMORSYS.COM Oct 10 2013 00:55:24     Armor Systems Co,
               2322 N Greenbay Rd,    Waukegan IL 60087-4209
20453046      E-mail/PDF: rmscedi@recoverycorp.com Oct 10 2013 01:05:23     Capital Recovery V, LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
19022049      E-mail/Text: bankruptcydepartment@ncogroup.com Oct 10 2013 00:57:59     NCO Fin/ 55,
               PO Box 13570,    Philadelphia PA 19101
20085916     +E-mail/Text: resurgentbknotifications@resurgent.com Oct 10 2013 00:52:38
               PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
               Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
20077748      E-mail/Text: bnc-quantum@quantum3group.com Oct 10 2013 00:57:01
               Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA   98083-0788
19022054     +E-mail/PDF: gecsedi@recoverycorp.com Oct 10 2013 01:01:42     Sam’s Club Credit,   PO Box 981400,
               El Paso TX 79998-1400
19022055     +E-mail/PDF: gecsedi@recoverycorp.com Oct 10 2013 01:01:44     Sams Club Credit,   PO Box 981400,
               El Paso, TX 79998-1400
19022060      E-mail/PDF: gecsedi@recoverycorp.com Oct 10 2013 01:01:43     Walmart,   PO Box 103027,
               Roswell   GA 30076
19022062      E-mail/PDF: gecsedi@recoverycorp.com Oct 10 2013 01:03:56     Walmart / GECRB,   PO Box 103027,
               Roswell GA 30076
                                                                                             TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19022040     BMG, Ritmo & Pasion
19022041     Harrisburg PA 17104
19022052     Penn Credit Co.
19022059*   +The Roomplace,    4590 E Broad St,    Columbus, OH 43213-1301
19022061*    Walmart,    PO Box 103027,    Roswell, GA 30076
                                                                                   TOTALS: 3, * 2, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2013                                  Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: nmolina              Page 2 of 2              Date Rcvd: Oct 09, 2013
                              Form ID: pdf006            Total Noticed: 27
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2013 at the address(es) listed below:
          Gregg  Szilagyi    gs@tailserv.com,  gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
          Joseph C. Michelotti    on behalf of Debtor Maria  Bustamante joe@michelottilaw.com,
           i.got.ecfnotices@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard M. Fogel    on behalf of Trustee Gregg  Szilagyi rfogel@shawfishman.com
          Toni  Dillon    on behalf of Creditor   Nationstar Mortgage, LLC tdillon@atty-pierce.com,
           northerndistrict@atty-pierce.com
                                                                                             TOTAL: 5
```