UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
MARIA BUSTAMANTE § Case No. 12-23650
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GREGG SZILAGYI, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: <br>    CHAPTER 7 ADMIN. FEES <br>    AND CHARGES <br>    (from **Exhibit 4**) <br><br> PRIOR CHAPTER <br>    ADMIN. FEES AND <br>    CHARGES (from **Exhibit 5**) <br><br>    PRIORITY UNSECURED <br>    CLAIMS (from **Exhibit 6**) <br><br> GENERAL UNSECURED <br> CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

     4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

     5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/GREGG SZILAGYI_____
                                                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| **TOTAL GROSS RECEIPTS** | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MARIA BUSTAMANTE | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | | | | | |
| Gregg Szilagyi | | | | | |
| Associated Bank | | | | | |
| SHAW FISHMAN | | | | | |
| SHAW FISHMAN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | | | | | |
| 5 | Capital Recovery V, LLC | | | | | |
| 6 | Capital Recovery V, LLC | | | | | |
| 4 | N. A. Capital One Bank (USA) | | | | | |
| 7 | Portfolio Recovery Associates, LLC | | | | | |
| 3 | PYOD, LLC its successors and assigns as assignee | | | | | |
| 2 | Quantum3 Group LLC as agent for | | | | | |
| | American InfoSource LP as agent for | | | | | |
| | Capital Recovery V, LLC | | | | | |
| | Capital Recovery V, LLC | | | | | |
| | N. A. Capital One Bank (USA) | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Portfolio Recovery Associates, LLC | | | | | |
| | PYOD, LLC its successors and assigns as assignee | | | | | |
| | Quantum3 Group LLC as agent for | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-23650 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|---|
| Case Name: | MARIA BUSTAMANTE | | | | Date Filed (f) or Converted (c): | 06/12/2012 (f) |
| | | | | | 341(a) Meeting Date: | 08/13/2012 |
| For Period Ending: | 04/01/2014 | | | | Claims Bar Date: | 05/22/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE 24 SCHENBECK RD WHEELING IL | 152,500.00 | 0.00 | | 0.00 | 0.00 |
| 2. CHECKING, SAVINGS, ETC. MB | 2,923.00 | 0.00 | | 0.00 | 0.00 |
| 3. HOUSEHOLD GOODS AND FURNISHINGS | 500.00 | 0.00 | | 0.00 | 0.00 |
| 4. WEARING APPAREL | 260.00 | 0.00 | | 0.00 | 0.00 |
| 5. FURS AND JEWELRY | 150.00 | 0.00 | | 0.00 | 0.00 |
| 6. AUTOMOBILE 07 NISSAN PATHFINDER | 9,499.00 | 0.00 | | 0.00 | 0.00 |
| 7. AUTOMOBILE 08 CHEVY IMAPAL | 15,199.00 | 0.00 | | 0.00 | 0.00 |
| 8. INSURANCE CLAIM (u) | Unknown | 0.00 | | 17,560.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $181,031.00 | $0.00 | $17,560.00 | $0.00 |
|  |  |  | (Total Dollar Amount in Column 6) | |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:


Initial Projected Date of Final Report (TFR): 12/31/2013     Current Projected Date of Final Report (TFR):

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-23650 | Trustee Name: GREGG SZILAGYI |
| Case Name: MARIA BUSTAMANTE | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0823 |
| | CHECKING ACCOUNT |
| Taxpayer ID No: XX-XXX1899 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/01/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/13 | 8 | AMERICAN FAMILY INS | INSURANCE SETTLEMENT FOR THEFT | 1229-000 | $17,500.00 | | $17,500.00 |
| 08/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $20.21 | $17,479.79 |
| 11/07/13 | 8 | Associated Bank | Adjustment for incorrect deposit | 1229-000 | $60.00 | | $17,539.79 |
| 11/07/13 | 1000 | GREGG SZILAGYI<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 2100-000 | | $2,279.47 | $15,260.32 |
| 11/07/13 | 1001 | SHAW FISHMAN<br>321 NORTH CLARK STREETCHICAGO, 60610 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3210-000 | | $6,930.00 | $8,330.32 |
| 11/07/13 | 1002 | SHAW FISHMAN<br>321 NORTH CLARK STREETCHICAGO, 60610 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3220-000 | | $25.48 | $8,304.84 |
| 11/07/13 | 1003 | American InfoSource LP as agent for RJM Acquisitions, LLC<br>as assignee of RITMO Y PASION MUSIC CLUB<br>PO Box 268850<br>Oklahoma City, OK 73126-8850 | (Final distribution to Claim 1, representing a Payment of 100.00% per court order.) | | | $139.97 | $8,164.87 |
| | | | ($0.35) | 7990-000 | | | |
| | | American InfoSource LP as agent for | allocation entered by distribution ($139.62) | 7100-000 | | | |
| 11/07/13 | 1004 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | (Final distribution to Claim 2, representing a Payment of 100.00% per court order.) | | | $1,028.56 | $7,136.31 |
| | | | ($2.60) | 7990-000 | | | |
| | | Quantum3 Group LLC as agent for | allocation entered by distribution ($1,025.96) | 7100-000 | | | |

Page Subtotals: $17,560.00   $10,423.69

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-23650 | Trustee Name: | GREGG SZILAGYI |
| Case Name: | MARIA BUSTAMANTE | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX0823 |
| | | | CHECKING ACCOUNT |
| Taxpayer ID No: | XX-XXX1899 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/01/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/13 | 1005 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | (Final distribution to Claim 3, representing a Payment of 100.00% per court order.) | | | $983.42 | $6,152.89 |
| | | | ($2.48) | 7990-000 | | | |
| | | PYOD, LLC its successors and assigns as assignee | allocation entered by distribution ($980.94) | 7100-000 | | | |
| 11/07/13 | 1006 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | (Final distribution to Claim 4, representing a Payment of 100.00% per court order.) | | | $298.76 | $5,854.13 |
| | | | ($0.75) | 7990-000 | | | |
| | | N. A. Capital One Bank (USA) | allocation entered by distribution ($298.01) | 7100-000 | | | |
| 11/07/13 | 1007 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | (Final distribution to Claim 5, representing a Payment of 100.00% per court order.) | | | $358.72 | $5,495.41 |
| | | | ($0.91) | 7990-000 | | | |
| | | Capital Recovery V, LLC | allocation entered by distribution ($357.81) | 7100-000 | | | |
| 11/07/13 | 1008 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | (Final distribution to Claim 6, representing a Payment of 100.00% per court order.) | | | $953.68 | $4,541.73 |
| | | | ($2.41) | 7990-000 | | | |
| | | Capital Recovery V, LLC | allocation entered by distribution ($951.27) | 7100-000 | | | |

Page Subtotals: $0.00 $2,594.58

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-23650 | Trustee Name: GREGG SZILAGYI |
| Case Name: MARIA BUSTAMANTE | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0823 |
| | CHECKING ACCOUNT |
| Taxpayer ID No: XX-XXX1899 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/01/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/13 | 1009 | Portfolio Recovery Associates, LLC successor to CAPITAL ONE, NATIONAL ASSOCIATION HSBC Bank Nevada NA PO Box 41067 Norfolk, VA 23541 | (Final distribution to Claim 7, representing a Payment of 100.00% per court order.) | | | $2,278.75 | $2,262.98 |
| | | | ($5.76) | 7990-000 | | | |
| | | Portfolio Recovery Associates, LLC | allocation entered by distribution ($2,272.99) | 7100-000 | | | |
| 11/07/13 | 1010 | BUSTAMANTE, MARIA 24 SHOENBECK ROAD WHEELING, IL 60090 | (Final distribution to Claim (no claim number), representing a Payment of <Percent> per court order.) | 8200-002 | | $2,262.98 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $17,560.00 | $17,560.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $17,560.00 | $17,560.00 |
| Less: Payments to Debtors | $0.00 | $2,262.98 |
| Net | $17,560.00 | $15,297.02 |

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Page Subtotals:                                                           $0.00          $4,541.73

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0823 - CHECKING ACCOUNT | $17,560.00 | $15,297.02 | $0.00 |
| | $17,560.00 | $15,297.02 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $17,560.00 |
| Total Gross Receipts: | $17,560.00 |

Page Subtotals:    $0.00    $0.00